PARA RUBBER CO. OF PENNSYLVANIA v. PERRY et al.* (Circuit Court of Appeals, Third Circuit. April 7, 1922.) No. 2855. Appeal from the District Court of the United States for the Western District of Pennsylvania; Charles P. Orr, Judge. Suit in equity by Harry W. Perry and others, trustees of Herman M. Comins, bankrupt, against the Para Rubber Company of Pennsylvania. From an order granting an injunction and appointing a receiver, defendant appeals. Reversed. Leonard K. Guiler, E. Lowry Humes, and D. S. Horne, all of Pittsburgh, Pa., for appellant. Lowrie C. Barton and

*Certiorari denied 257 U. S. ——, 42 Sup. Ct. 589, 66 L. Ed. ——.

Lewis M. Alpern, both of Pittsburgh, Pa., for appellee. Before BUFFINGTON, WOOLLEY, and DAVIS, Circuit Judges.

PER CURIAM. After argument, and on due consideration had, the order of the court below of December 27, 1921, granting an injunction and appointing a receiver, is reversed, with costs, and it is directed that the mandate be sent down forthwith.